IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:12-245-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS SCOTT HEFNER | ) | |

## JUDGMENT AND ORDER OF FORFEITURE

This matter is before the court on the motion of the United States for a Judgment and Order of Forfeiture as to Defendant Douglas Scott Hefner ("Hefner", "Defendant"), based upon the following:

1. On March 20, 2012, the United States Attorney for the District of South Carolina filed an Information charging Hefner with one count of interstate transportation of stolen goods, in violation of 18 U.S.C. § 2314.

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Information contained a forfeiture allegation providing that upon Hefner's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

Cash/ Money Judgment

A minimum of $1,421,660.00 in United States currency, and all interest and proceeds traceable thereto, in that such sum in the aggregate constitutes proceeds the Defendant obtained directly or indirectly, as a result of his violations of 18 U.S.C. § 2314.

1

3. On March 20, 2012, Hefner pled guilty to the Information.

4. Based upon Defendant's conviction and stipulations in his plea agreement, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

5. The court has determined that the Government has established the requisite nexus between the money judgment and the offense for which Hefner has been convicted; therefore, the United States is entitled to a judgment of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights, as required.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. The Defendant, Douglas Scott Hefner, shall forfeit to the United States all of his right, title and interest in and to any property, real or personal, tangible and intangible, constituting or derived from any proceeds obtained directly or indirectly as a result of his violation of Title 18 of the United States Code, as charged in the Information, up to an aggregate sum of $52,494.

2. JUDGMENT IS ENTERED against Hefner and in favor of the United States in the amount of $52,494, along with appropriate costs and interest thereon at the rate provided for in 28 U.S.C. § 1961 as of the date of entry of judgment until paid in full. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the money judgment.

3. The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed money judgment.

4. Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or

other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The Government is not required to publish notice regarding the personal money judgment against Defendant; however, the judgment shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. Upon entry, this Order becomes final as to Defendant, and shall be made a part of his sentence and included in the criminal judgment.

7. The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8. The Clerk, United States District Court, shall provided one (1) certified copy of this Order to the United States Attorney's Office.

IT IS SO ORDERED.

June 1, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge